1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

STORY WORLDWIDE LLC,                    )
                                        )
                          Plaintiff,    )
                                        )        C06-720 JPD
             vs.                        )
                                        )
ASSOCIA LIVING INC,                     )
                                        )        MINUTE ORDER RESETTING
                          Defendant.    )        DEADLINES

       The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

       Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3).  The request is GRANTED.

       The parties will adhere to the following schedule:

FRCP 26f Conference deadline  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 31, 2006

Initial Disclosure deadline  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 7, 2006

Joint Status Report due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 14, 2006

       The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to August 14, 2006.  (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2)  The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than August 14, 2006, to consent or decline, deputy clerk Peter H. Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425.  An individual party's

decision on consent is not to be filed electronically or forwarded in any form to the chambers of Judge Donohue.

Dated this 19th of June, 2006

Bruce Rifkin, Clerk of Court

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk