1
2
3
4

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| STORY WORLDWIDE LLC, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ASSOCIA LIVING INC., )<br>)<br>Defendant. ) | C06-720 JPD<br><br>MINUTE ORDER RESETTING<br>DEADLINES |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Counsel have requested additional time in which to comply with the Order Resetting Initial Disclosures, Joint Status Report, and Early Settlement (dkt. #4). The request is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 21, 2006
Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 28, 2006
Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 5, 2006

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable James P. Donohue, United States Magistrate Judge, is extended to September 5, 2006. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2). The parties may indicate in the Joint Status Report their desire to consent to Judge Donohue, or have the case reassigned to a district judge; should the parties decide earlier than September 5, 2006, to consent or decline, deputy clerk Peter H.

1  Voelker may be notified at (206) 370-8422, or by fax at (206) 370-8425.  An individual party's
2  decision on consent is not to be filed electronically or forwarded in any form to the chambers of
3  Judge Donohue.

                Dated this 20th of July, 2006

                Bruce Rifkin, Clerk of Court

                /s/ PETER H. VOELKER
                Peter H. Voelker, Deputy Clerk