1
2
3
4

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

5
6
7
8
9
10
11
12

STORY WORLDWIDE, LLC,,

Plaintiff,

vs.

ASSOCIA LIVING, INC.,

Defendant.

C06-720 MJP

**MINUTE ORDER**

**REASSIGNING CASE**

13
14      Pursuant to the Amended General Order entered by the Chief Judge on

15  November 3, 2004, this action has been reassigned to the Honorable Marsha J. Pechman, United

16  States District Judge.

17      All future documents filed in this case must bear the cause number C06-720 MJP and bear

18  the Judge's name in the upper right hand corner of the document.

19
20
21
22
23      Dated this 6th day of September, 2006

24
25      BRUCE RIFKIN
        Clerk of Court
26
27      by: /s/  PETER H. VOELKER
              Peter H. Voelker, Deputy Clerk
28